543 U.S. 821
 NU-LOOK DESIGN, INC.
v.
COMMISSIONER OF INTERNAL REVENUE;
SUPERIOR PROSIDE, INC.
v.
COMMISSIONER OF INTERNAL REVENUE; and
JOSEPH M. GREY PUBLIC ACCOUNTANT, P. C., ET AL.
v.
COMMISSIONER OF INTERNAL REVENUE.
 No. 03-1713.
 Supreme Court of United States.
 October 4, 2004.
 
 1
 C. A. 3d Cir. Certiorari denied. Reported below: 356 F. 3d 290 (first judgment); 86 Fed. Appx. 510 (second judgment); 93 Fed. Appx. 473 (third judgment).